FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 16 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Donald J. Guichard
110 Center Dr.
Riverhead, NY 11949
<pre>                Plaintiff,</pre>

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

**CV18 4083**

JURY DEMAND
YES ✓    NO ____

[Insert full name of plaintiff/prisoner]
10 John Does + 10 Jane Does in their Individual + Official Capacities

-against-

Suffolk County Sheriff Correctional Facility
110 Center Dr.
Riverhead, NY 11901
& a host of 10 other officers

SEYBERT, J.
SHIELDS, M.J.

RECEIVED
JUL 16 2018
EDNY PRO SE OFFICE

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

  A. Name of plaintiff Donald J. Guichard

  If you are incarcerated, provide the name of the facility and address:

  110 Center Drive
  Riverhead, NY 11901

  Prisoner ID Number: 211050

1

If you are not incarcerated, provide your current address:

Incarcerated

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Sargent Snesnick
Full Name

Sargent
Job Title

Sargent

N/A
Address

Defendant No. 2

N/A
Full Name

John Doe
Job Title

_____

Address

Defendant No. 3

N/A
Full Name

John Doe
Job Title

2

They all hide their indentity

_N/A_
Address

**Defendant No. 4**    _N/A John Doe_
Full Name

_____
Job Title

_John Doe_
Address

**Defendant No. 5**    _N/A_
Full Name

_____
Job Title

_____
Address

II. **Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? _Yaphank Correctional Facility South 3_

When did the events happen? (include approximate time and date) _On March 19 approxtamitly 9:00pm_

3

4 Jane Doe
5 Jane Doe
6 Jane Doe
7 Jane Doe

Facts: (what happened?) On March 19 2018 I was transported, ~~Fro~~ from Riverhead Correctional Facility to the Yaphank Correctional Facility & was sent to housing unit South Three. I was told that my bunk was number 34, I observed it was a top bunk, so I returned to housing officer & informed him I'm almost 58 & have medical problems that would cause me to be unable to climb up on top of bunk & limited mobility with right arm. He told me fuck up get up there & I couldn't, could I sleep on the floor & the officer stated yes, I placed a mattress on the floor & was starting to make bed & two inmates told me to stop that the guard might think they were pushing up on me. See Attached papers (Facts)

**II.A. Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

My head was smashed into sally-port wall my right arm that has limited mobility was forcefully bent pass its limit of mobility Both thumbs were grasp by guard using two hands & squeezed together causing great pain left wrist still gives me problems. When

4

I was brought to medical nurse asked why did I punched wall. I stated I didn't. Took 3 dates x-ray wasn't given crutches until 7 week later.

III. Relief: State what relief you are seeking if you prevail on your complaint.

Medical I've been on crutches since & was only supposed to have them for 2 week. It's been & no follow up care. Have difficulty raising my head on an upward angle head & vision shake & fear of falling down need spinal operation. Also seek monitary damages & change in the way prisoners are handled.

I declare under penalty of perjury that on 7/12/2018 (date), I delivered this complaint to prison authorities at Yaphank Correction Fac. to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/12/2018

_Don P. Luchau_
Signature of Plaintiff

Yaphank Correctional Facility
Name of Prison Facility or Address if not incarcerated

110 Center Dr.
Riverhead, NY 11901

Address

_Don P. Luchau_
Prisoner ID#

rev. 12/1/2015

5

11.A Injuries –
was kicked in left leg behind knee was forced to keep my chin in my chest while they lifted me up & occasional I was in the air having my weight & pressure applied to my wrist. Was placed in holding cell & had head smashed into wall & blow to my neck. This was done after I informed officers of spine problem.

continue of 4

# Facts

INMATE COPY

injured right arm past its capabilities and I yelled from the pain that I am not resisting and that I need two hand cuffs. The officer then said "Fuck You, stop resisting" I told him that I'm not. Then the white SERT officer slammed my face into the pexi-glass injuring my neck and forehead. Then they hand cuffed my left hand. Both officers grabbed my thumbs and bent them back to my forearm and lifted me off the ground as we walked with both hands making it a struggle for me to walk. I yelled in excrutiating pain since the way that they lifted my body weight using my thumbs for leverage and pulling my waist up towards my shoulder blades. This is a banned manuver by the Geneva conventions and I was thrown into a cell head first and told to kneel on the bench. The white officer then said "quit resisting" and slammed my head on to the wall when he took my left cuff off he put my left arm above my head and said "quit resisting", I stated that I am suffering from paralysis. The same problem happened with my right arm but since it was slower they punched me in my lower back kidney area. Then they left. When I regained my composure I stated to a Seargent that "I need medical attention." I was brought to medical when the doctor asked me to explain why I punched a wall, I stated that I had not but that those officers had beat me. Then the white SERT officer yelled to me to "Shut the fuck up" on several occasions. I asked to be sent out to the hospital for an "MRI" and I was denied and told that I could not even get an x-ray till Wednesday or Thursday. They gave me two ineffective motrin pills. Then I was placed

Facts

SHERIFF'S OFFICE
2018 MAR 26 A 10:01
INMATE COPY

me causing the dorm to get a "shakedown". So I went back to the officer and informed him about how the other inmates felt that the officer will thinks that they were causing me problems. The officer then ordered me to get in the top bunk, so I respectfully told him that I am unable to climb to the top bunk today tommorrow or ever. Please refer to audio-video tape because I was standing right under the camera. I never raised my voice or cussed ever and I thought me and him had a very good relationship, but he exploded and demanded my property. I had two full plastic bags full of property and the officer reduced all my belongings to a one-third size. The officer opened a tied bag of toiletries and broke the lid off the shampoo bottle and mouth wash, poured shampoo and mouthwash all over my clothes, bedding, legal notes and legal court documents. He threw out my bible and books/novels/magazine. It is a Federal violation to throw someone's bible away. Then I was ordered to go in the sally port and to put both of my arm up on the wall. After a few moments I was grimasing in pain due to my previous medical issues. Due to the pain I put my right arm down and I glanced at the officer and at no time did I make any hand gestures or any verbal contact to him. Then the Suffolk Emergency Response Team (SERT) officers came in. The black officer stated "You, it's you!" and twisted my

Facts

In a holding cell. They removed all "bedding, blankets and covers" from the cell and told me to sleep on the cold cement. Please see the video. At a later time was moved to "A-Pool". The black Sgt officer was being racist by calling me a "piece of white dog shit" in a threatening manner.

Respectfully
[Signature] #211050
110 Center Drive
Riverhead, NY
11901

INMATE COPY

SHERIFF'S OFFICE
2008 MAR 26 A 10:01