A

# COUNTY OF SUFFOLK



STEVE BELLONE
SUFFOLK COUNTY EXECUTIVE

DENNIS M. BROWN
COUNTY ATTORNEY

DEPARTMENT OF LAW

June 25, 2018

DONALD J. GUICHARD
Suffolk County Correctional Facility
110 Center Drive
Riverhead, New York 11901

Re: <u>Guichard v. County of Suffolk, et al.</u>

Dear Sir/Madam:

We are in receipt of your Notice of Claim. The Notice of Claim does not comply with Section 50(e) of the General Municipal Law of the State of New York, for the reason(s) set forth below.

The Notice of Claim was not served upon any of the entities or parties designated for service by the General Municipal Law.

The Notice of Claim was not served within (90) days of the date of the alleged incident.

Please proceed accordingly.

Very truly yours,

Dennis M. Brown
Suffolk County Attorney

Susan A. Flynn, Bureau Chief
Litigation Bureau

SAF/smg
Encl.

LOCATION
H. LEE DENNISON BLDG.
100 VETERANS MEMORIAL HIGHWAY ♦

MAILING ADDRESS
P.O. BOX 6100
HAUPPAUGE, NY 11788-0099 ♦

(631) 853-4049
TELECOPIER (631) 853-5169

6/20/18
OTCF (file stamp)
Copy to casefile
I-14-18

18-360

COUNTY OF Suffolk
SUPREME COURT — CIVIL TERM
---------------------------------x
In the Matter of Claim of: Donald J Guichard

- against -

NOTICE OF INTENTION
TO FILE A CLAIM

Suffolk County Sheriff 10 John Does & 10 Jane Does in their Correctional Facility Individual & official capacities
---------------------------------x
TO: THE COUNTY ATTORNEY OF Suffolk COUNTY
THE CLERK OF THE COURT OF Suffolk COUNTY

SIRS:

PLEASE TAKE NOTICE, that the claimant herein hereby makes claim and demand against Suffolk County Sheriff Correctional Fac as follows:

1. The name and post office address of the claimant herein is: 110 Center Dr Riverhead NY 11901

2. The nature of the claim is: I had my property taken from me & violently throughout & reduced by 75% including my Bible put in Sally port Handcuffed & beaten drag to holding cell had head smashed into cement wall, neck, wrist, L leg & right arm not the same anymore vision also effect & mental state

3. The time when, and the place where and the manner in which the claim arose: 013/19/2018 2215 hrs South 3 Bunk 34 down Hallway & holding cell

4. The items of damage and injuries claimed are See Attactment. Also inadequate medical care 7 weeks to get crutches denied outside care & mri

That said claim and demand is hereby presented for adjustment and payment. PLEASE TAKE FURTHER NOTICE that by reason of the premises, in default of the county of Suffolk Suffolk to pay the claimant his claim within the time limited for compliance with this demand by said County of Suffolk by statutes in such cases against the Suffolk County Correctional Facility to recover his damages with interests and costs.

Don A Guichard
Claimant

Sworn to before me this
17th day of May 2018

RECEIVED BY INTERNAL AFFAIRS
DATE 6/19/18  TIME 1446
NAME AND TITLE OF SERVER Julie C. M. Luca
EMPLOYED BY/SERVING AGENCY N/A
ADDRESS: 16 Tarkhill Trl Riverhead NY 11901
AMOUNT OF FEE RECEIVED, IF ANY N/A
PRINTED NAME AND OFFICIAL SIGNATURE OF PERSON SERVED
DO SPV. Michael [illegible]
C/O SPV [illegible]

STEVEN E HORTON
NOTARY PUBLIC STATE OF NEW YORK
SUFFOLK COUNTY
LIC. # 01HO6358429
COMM. EXP. 05/08/2021

injured right arm past its capabilities and I yelled from the pain that I am not resisting and that I need two hand cuffs. The officer then said "Fuck You, stop resisting" I told him that "I'm not." Then the white SERT officer slammed my face into the poxi-glass injuring my neck and forehead. Then they hand cuffed my left hand. Both officers grabbed my thumbs and bent them back to my fore arm and lifted me off the ground as we walked with both hands making it a struggle for me to walk. I yelled in excrutiating pain since the way that they lifted my body weight using my thumbs for leverage and pulling my wrist up towards my shoulder blades. This is a banned manuver by the Geneva conventions. I was thrown into a cell head first and told to kneel on the bench. The white officer then said "quit resisting" and slammed my head on to the wall when he took my left cuff off he put my left arm above my head and said "quit resisting". I stated that I am suffering from paralysis. The same problem happened with my right arm but since it was slower they punched me in my lower back kidney area. Then they left. When I regained my composure I stated to a Seargent that "I need medical attention". I was brought to medical when the doctor asked me to explain why I punched a wall, I stated that I had not but that those officers had beat me. Then the white SERT officer yelled to me to "Shut the fuck up" on several occasions. I asked to be sent out to the hospital for an "MRI" and I was denied and told that I could not even get an x-ray till Wednesday or Thursday. They gave me two ineffective motrin pills. Then I was placed

SHERIFF'S OFFICE
2018 MAR 26 A 10 01
INMATE COPY

me causing the dorm to get a "shakedown". So I went back to the officer and informed him about how the other inmates felt that the officer will thinks that they were causing me problems. The officer then ordered me to get in the top bunk, so I respectfully told him that I am unable to climb to the top bunk today tommorrow or ever. Please refer to audio-video tape because I was standing right under the camera. I never raised my voice or cussed ever and I thought me and him had a very good relationship, but he exploded and demanded my property. I had two full plastic bags full of property and the officer reduced all my belongings to a one-third size. The officer opened a tied bag of toiletries and broke the lid off the shampoo bottle and mouthwash, poured shampoo and mouthwash all over my clothes, bedding, legal notes and legal court documents. He threw out my bible and books/novels/magazine. It is a Federal violation to throw someone's bible away. Then I was ordered to go in the sally port and to put both of my arm up on the wall. After a few moments I was grimasing in pain due to my previous medical issues. Due to the pain I put my right arm down and I glanced at the officer and at no time did I make any hand gestures or any verbal contact to him. Then the Suffolk Emergency Response Team (SERT) officers came in. The black officer stated "Yup, it's you!" and twisted my

In a holding cell. They removed all "blankets and bedding, covers" from the cell and told me to sleep on the cold cement. Please see the video. At a later time was moved to "A-Pod". The black Sgt. officer was being racist by calling me a "piece of white dog shit" in a threatening manner.

INMATE COPY

SHERIFF'S OFFICE
2018 MAR 26 A 10:01

On March 19, 2018 I arrived at Yaphank correctional I was housed at 1S 3 & told my bunk was number I observed it was a top bunk so I returned to officer & informed him I couldn't climb to up because of limited mobility. He told me get the fuck up there I stated I couldn't could I sleep on the floor, he said yes I placed a mattress on the floor & was starting to make the bed & two inmates stated the guards might thing their pushing up on me