B

gave mail to an officer named Brookly on 6/12/2018 he mailed out on 6/15/2019 wasn't recieved until 6/19/2018

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

RIDGE, NY 11961

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| $ | $2.75 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage | $0.71 |
| $ | |
| Total Postage and Fees | |
| $ | $5.91 |
| Sent To Lydia Marin | |
| Street and Apt. No., or PO Box No. 16 Torhill Trail | |
| City, State, ZIP+4 Ridge NY 11961 | |

7015 0640 0002 3826 7681

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for instructions

Postmark
Here
JUN 15 2018

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Lydia Marin
   16 Torhill Trail
   Ridge NY 11961

9590 9402 1871 6104 1070 39

2. Article Number *(Transfer from service label)*

   7015 0640 0002 3826 7681

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Lydia Marin*   ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)* Lydia Marin   C. Date of Delivery 6/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# USPS TRACKING #

9590 9402 1873 6104 1070 39

United States Postal Service

- Sender: Please print your name, address, and ZIP+4® in this box•



NAME: Gerard J Donald
Suffolk County Correctional Facility
110 Center Drive
RIVERHEAD, NY 11901

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

## Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

*Important Reminders:*

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt;* attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 16 2018 ★
LONG ISLAND OFFICE

RECEIVED
JUL 16 2018
EDNY PRO SE OFFICE

SEYBERT, J.
SHIELDS, M.J.

Alfonse D'Amato Federal Court
100 Federal Plaza
Central Islip, NY 11722

Donald P. Freeland
110 Center Dr.
Riverhead, NY 11901

I am respectfully requesting for you to please let me refile my notice of claim. See attached notice from Dennis Brown.

On 5/8/2018 I had notice of claim notarized in Riverhead & was told good luck getting this out. I mailed on 5/9/2018 & I called family 5 days later & they never received it. I mailed 2 more times & no luck, third time I used someone else's id number & no luck I guess they flagged address.

I contacted internal affairs about my mail being intercepted again, on 10/20/2017 I was en route to to court & was pulled off the line & sent to my cell. Ten minutes later I was told I had an attorney visit upon entering Riverhead

attorney room I was meet by him ADA McParkland another ada, Sect. Afcomba + 4-5 dectever & on the desk was a letter I wrote to field agent Amy Thursand FBI they illegally intercepted my mail & opened it. This occurance was recorded at the attorney visitation room at Riverhead County jail & I also reputed to internal Affairs.

My notice of claim was served at the Yaphank Sheriff's headquarters on 6/19/2018 they directed family to Suffolk Club office they sent family to Internal Affairs & stated they were not correct place. Internal Affairs should have directed them to you.

Ive been denied access to law library for since 5/8/2018 its now 7/17/2018. Yesterday I meet with grievance commity & we came to an agreement to allowed to make copies & have notary available & will get computer training, they neglected to give me a copy I'm trying in vain to obtain it before 4:30 to enclose if not will be in the mail. If they don't allow me access, I will be contacting Honorable Judge Beaslow. Please contact Internal Affair about my mailing problem.

Respectfully
Dan P. [Scanlan]
2110/50
→