# Corrected Certificate of Service

I hereby certify that the Medical Records received from the Marcy Correctional Facility and the Letter MOTION for Extension of Time to Complete Discovery to respond to plaintiff's requests for document demands and interrogatories [DE33] in the matter of Guichard v. County of Suffolk, Docket No. 18-cv-4083((JS)(AYS) were mailed upon the person hereinafter named by depositing a true copy thereof, enclosed in a post-paid properly addressed Certified Mail wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

TO:

Donald Guichard DIN#19A1455  *7018 2290 0002 1268 6965*
Marcy Correctional Facility
P.O. Box 3600
Marcy, NY 13403-3600

Dated: Hauppauge, New York
       March 31, 2020

            Suffolk County Attorney's Office
            Suffolk County Department of Law
            Attorney for County Defendants
            H. Lee Dennison Building
            100 Veterans Memorial Highway
            P.O. Box 6100
            Hauppauge, New York 11788

      By:   *Cheryl D'Arcangelo*
              *Secretarial Assistant*