UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

Donald J. Guichard

                Plaintiff,

-against-

Suffolk County Sheriff Correctional   2:18 CV04083 JS-AYS

                Defendant(s).

----------------------------------X

NOTICE OF MOTION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 19 2021 ★
LONG ISLAND OFFICE

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of **Donald J. Guichard**, sworn to or affirmed **10/**, 20**21** and upon the complaint herein, plaintiff will move this Court, **Judge Seybert**, U.S.D.J., in room ___, United States Courthouse, Brooklyn, New York 11201, on the ___ day of _____, 20**21**, at _____ or as soon thereafter as counsel can be heard, for an order pursuant to Rule _____ of the Federal Rules of Civil Procedure granting

**Notice of Motion**

_____

_____

Dated: **10/19/21**

_____

Plaintiff Pro Se

*[signature]*
Signature
**Donald J. Guichard**
Print Name
**5 Alexandria Court**
Address
**Manorville, NY 11949**
**631-745-3630**
Phone #

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 19 2021 ★

LONG ISLAND OFFICE

10/14/2021

US District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Case # 2:18-CV-04083-JS-AYS

I'm respectfully requesting for a third time all records concerning Christian Bartik, Donald Matthews, Richard Stchenkman, Nicholas Manne, Dr Jaswal, & Nurse Winnisky.
All info concerning if they have had federal or state complaints filed against them
All lawsuits file against them
All reports of beating, cover-ups, civil rights violations
Any and all inefficiant medical care or indifferant care.
The number of federal complaint that have been filed against the Suffolk County Sheriff correctional facility from March 2018 - to present!
All disiplanary records

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------X
Donald J. Guichard
:
:
Plaintiff, : AFFIDAVIT/AFFIRMATION
:
-against- : CV 18-4083 (JS)(CA75)
Suffolk County Sheriff Correctional Fac. :
:
Defendant(s). :
------------------------------X

STATE OF NEW YORK )
COUNTY OF         ) ss.:

I, Donald Guichard, [being duly sworn] deposes and says [or: make the following affirmation under the penalties of perjury]:

I, Donald J Guichard, am the plaintiff in the above entitled action, and respectfully move this Court to issue an order Notice of Motion.

The reason why I am entitled to the relief I seek is the following: Records of All defendant in lawsuit which I've request twice. I need before I proceede depositions see request inclosed. Thank you

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

Sworn to before me this 18 day of October, 2021

Giovanna Adragna
Notary Public

Signature
Don J. Guichard
Print Your name
Plaintiff Pro Se

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

GIOVANNA ADRAGNA
Notary Public - State of New York
NO. 01AD6302063
Qualified in Suffolk County
My Commission Expires Apr 28, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------ X
Donald J. Guichard             :
                               :
            Plaintiff,         :
                               :          Affirmation of Service
     -against-                 :
Suffolk County Sheriff Correctional Fac.  2:18 CV 04083 - JS - AYS
            Defendants.        :
                               :
------------------------------ X

I, Donald J. Guichard, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon Brian Mitchell whose address is: 100 Veterans Memorial Highway P.O. Box 6100 Hauppauge, NY 11788.

Dated: _____, New York

_____
Signature

5 Alexandria Court
Address

Manorville, NY 11949
City, State & Zip Code

631-745-3630
Telephone