UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE        DATE: 1/27/2022
        TIME: 4:00 PM
        ☐ SEALED PROCEEDING

## CIVIL CAUSE FOR STATUS CONFERENCE

**CASE:** 2:18-cv-04083-JS-JMW, Guichard v. Suffolk County Sheriff Correctional Facility et. al.

APPEARANCES:

    For Plaintiff:   Lance Simmons with client Donald J. Guichard

    For Defendant:  Brian C. Mitchell

Court Reporter/FTR: 4:05-4:15 (tel.)

**THE FOLLOWING RULINGS WERE MADE:**

☒    Status Conference held on this and the related case 18CV3443. *Pro Se* Litigant Donald J. Guichard recently retained counsel. Accordingly, the Status Conference was adjourned to February 25, 2022, at 1:00 PM in Courtroom 1020. Defense counsel shall bring the video footage that was discussed at the 12/2/2022 motion hearing, and the equipment to enable the parties and Court to view the footage. In the interim, counsel are directed to meet and confer to resolve outstanding discovery and pleading issues and submit a joint status letter on or before February 23, 2022.

        SO ORDERED
        /s/ *James M. Wicks*
        JAMES M. WICKS
        United States Magistrate Judge