

**SIMON LAW GROUP, PLLC**

5036 JERICHO TURNPIKE
SUITE #305
COMMACK, NY 11725
**(MAILING ADDRESS)**
TELEPHONE: [631] 231-2828

120 COURT STREET
RIVERHEAD, NY 11901
TELEPHONE: [631] 228-7686

E-FAX: [800] 287-0699
WWW.SIMONLAWPLLC.COM

April 13, 2022

**VIA E-MAIL**
Brian C. Mitchell, Esq.
100 Veterans Highway
Hauppauge, New York 11788

    Re:    *Guichard v. Suffolk County Sheriff Corrections Facility, et al.,*
              Index No. 2:18-CV-04083, 2:19-CV-03443
    Subject:  202.7 Notice Presentation of Order to Show Cause on
              April 14, 2022

        **PLEASE TAKE NOTICE** that pursuant to NYCRR 202.7, the undersigned will be presenting an Order to Show Cause seeking to withdraw from this case before a Justice of the United States District Court Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, on April 14, 2022, at 2:00 p.m.

                                                                                  Best,
                                                                                  **SIMON LAW GROUP, PLLC**

                                                        By:  _____
                                                                    Lance D. Simon, Esq.