Index No. 2:18-CV-04083; 2:19-CV-03443

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DONALD GUICHARD,

                                  Plaintiff,

*- against -*

SUFFOLK COUNTY SHERIFF
CORRECTIONS FACITLITY, ET AL.,

                                  Defendant.

---

## ORDER TO SHOW CAUSE

---

**SIMON LAW GROUP, PLLC**
*Counsel for Plaintiff*
5036 Jericho Turnpike, Suite 305
Commack, NY 11725
Phone (631) 231-2828

---

Pursuant to 22 NYCRR 130-1.1-a, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, (1) the contentions contained in the annexed document are not frivolous and that (2) if the annexed document is an initiating pleading, (i) the matter was not obtained through illegal conduct, or that if it was, the attorney or other persons responsible for the illegal conduct are not participating in the matter or sharing in any fee earned therefrom and that (ii) if the matter involves potential claims for personal injury or wrongful death, the matter was not obtained in violation of 22 NYCRR.1200.41-a.

Dated: April 14, 2022                    Signature _____
                                                         Print Signer's Name – LANCE D. SIMON., ESQ.

*Service of a copy of the within* _____ *is hereby*
                                                             *admitted.*
Dated: _____

Attorney(s) for

PLEASE TAKE NOTICE

☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on

☐ **NOTICE OF SETTLEMENT**
that an order of which the within is a true copy will be presented for settlement to the Hon.            one of the judges of the within named Court,
at                               , at          M.

*Dated:*

*To:*

*Attorney(s) for*

SIMON LAW GROUP, PLLC