UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

DONALD GUICHARD,

                Plaintiff,

-against-

SUFFOLK COUNTY SHERIFF
CORRECTIONS FACITLITY, ET AL.,

                Defendants.
_____X

Index No. 2:18-CV-04083;
2:19-CV-03443

**ORDER TO SHOW CAUSE**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 14 2022 ★

LONG ISLAND OFFICE

UPON reading and filing the annexed Affirmation of LANCE D. SIMON, ESQ., dated the 14th day of April 2022, the attached exhibits, and upon all the prior pleadings heretofore had herein,

LET the Defendants, or their attorney, and the Plaintiff DONALD GUICHARD, show cause before this Court, to be held in and for the United States District Court Eastern District of New York, at the Courthouse thereof located at 100 Federal Plaza, Central Islip, on the 29 day of April, 2022, at 10:30 o'clock in the forenoon of said day or as soon thereafter as counsel can be heard, why an order should not be made and entered herein:

1. Relieving SIMON LAW GROUP, PLLC as attorneys of record for DONALD GUICHARD, the Plaintiff in the above-captioned action, and declaring that SIMON LAW GROUP, PLLC have no further responsibility in this action pursuant to CPLR § 321(b)(2);

2. Granting to the Plaintiff a stay of all proceedings in the within matter for a period of thirty (30) days from the date of the Court's determination of this application, to afford the Plaintiff an opportunity to retain new counsel;

3. Granting leave to serve the Order to Show Cause on Defendant's counsel, BRIAN C. MITCHELL, ESQ., without the supporting Affirmation and exhibits;

4. Granting SIMON LAW GROUP, PLLC such other, further, and different relief as to this Court deems just proper.

**SUFFICIENT CAUSE APPEARING THEREFORE**, it is

**ORDERED**, that SIMON LAW GROUP, PLLC is relieved as attorneys of record for DONALD GUICHARD, the Plaintiff in the above-captioned action, and SIMON LAW GROUP, PLLC has no further responsibility in this action pursuant to CPLR § 321(b)(2); and it is further

**ORDERED**, that pending the hearing and determination of this application, all proceedings in this matter are hereby STAYED; and it is further

**ORDERED**, that service of a copy of this Order, together with the papers upon which it is based, upon the Plaintiff, DONALD GUICHARD by email and overnight mail and a copy of the Order only, without any supporting papers, upon counsel for the Plaintiff's counsel, by regular mail, BRIAN C. MITCHELL, ESQ., with offices located 100 Veterans Highway, Hauppauge, New York 11788, by electronic delivery via NYSCEF, on or before the 19 day of April, 2022 be deemed good and sufficient service thereof.

Dated: April 15, 2022
~~Commack, New York~~

Opposition papers, if any, shall be filed on or before 4/28/2022. This motion will be considered on submission - no appearance required - as of 4/29/2022.

ENTER:

/s/ JMW
USMJ.