UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**DONALD J. GUICHARD,**

                                  Plaintiff,

       -against-

**SUFFOLK COUNTY SHERIFF
CORRECTIONAL FACILITY et al., SUFFOLK
COUNTY et al.,**

                                  Defendant.

-------------------------------------------------------------------X

Case Nos. 2:18-cv-04083
2:19-cv-03443

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                          )   ss.:
COUNTY OF SUFFOLK    )

       Joshua R. Stickell, being duly sworn, deposes and says:

       That I am over 18 years of age, that I am not a party to this action and reside in Suffolk
County, New York; and I have on April 19, 2022, served true and correct copies of the within
**underlying Order to Show Cause regarding the Motion to be Relieved as Counsel and
related documents** via email to:

                       Donald J. Guichard
                           *Plaintiff*
                    5 Alexandria Court
               Manorville, New York 11949
           Donguichard1960@gmail.com

                             Joshua R. Stickell

Sworn to before me this
19th day of April, 2022

Notary Public

**RICHARD** NICHOLAS **PAGNOTTA JR**
**NOTARY** PUBLIC-STATE OF NEW YORK
No. 02PA6418594
Qualified in Nassau County
**My** Commission Expires 06-17-2025